**Order filed February 28, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00021-CR

_____

## MATTHEW JOHN ARMINDARIZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**
**Ector County, Texas**
**Trial Court Cause No. D-45,887**

## O R D E R

Appellant's court-appointed attorney of record, Lauren Gavin, has filed in this court a motion to withdraw as counsel on appeal. *See* TEX. R. APP. P. 6.5. Gavin states in her motion that she "accepted a position at the Ector County Attorney's office as a prosecutor for the State of Texas." Gavin's continued representation of Appellant in this case would constitute a conflict of interest. The motion to withdraw is granted, and the appeal is abated.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before March 8, 2019, a document evidencing such appointment. The appeal will be reinstated when that document is filed in this court. The clerk's record and the reporter's record remain due for filing on or before March 18, 2019.

PER CURIAM

February 28, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.